UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN A. VANVOORHIS, C42005,

    Petitioner,

    v.

BOARD OF PAROLE HEARINGS,

    Respondent.

Case No. 16-cv-03636-SK (PR)

**ORDER OF TRANSFER**

Petitioner seeks federal habeas review of the execution of a sentence imposed by San Bernardino County Superior Court, which lies within the venue of the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1). Petitioner is incarcerated at the Substance Abuse Treatment Facility and State Prison, Corcoran in Kings County, which lies within the venue of the Eastern District of California. See id. § 84(b).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, see 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because Kings County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED**.

Dated: June 30, 2016



_____
SALLIE KIM
United States Magistrate Judge